

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,525-01, WR-93,525-02, WR-93,525-03, & WR-93,525-04

### EX PARTE ERIC DEWAYNE HUNT, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. C-432-W012070-1633905-A; C-432-W012071-1633909-A; C-432-W012072-1633913-A; C-432-W012073-1633916-A
### IN THE 432ND DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*. **YEARY, J.,** filed a dissenting opinion. **KELLER, P.J.,** and **KEEL** and **SLAUGHTER, JJ.,** dissented.

### O P I N I O N

Applicant pleaded guilty to four charges of forgery by possession of a check with intent to pass and was sentenced to three years' imprisonment. Applicant did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his pleas were involuntary because he was not properly advised as to the correct level of offense and range of punishment. Based on the record, the trial court has determined that Applicant's pleas were involuntary because he did not possess a

complete understanding of the law in relation to the facts.

Relief is granted. *See Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). The judgments in cause numbers 1633905D, 1633909D, 1633913D, and 1633916D in the 432nd District Court of Tarrant County are set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 4, 2024
Do not publish